IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS WAYNE FLORENCE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-12-2441 |
| | § | |
| RICK THALER, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Petitioner's *pro se* motion to compel the State "to send petitioner every pleading, thing sent to this Court for review" (Docket Entry No. 39) is DENIED. The motion seeks relief that the Court has already denied in prior orders.

Petitioner's *pro se* motion for leave to file a motion for summary judgment challenging as fraudulent the Fifth Circuit Court of Appeals' decision in *Malchi v. Thaler*, 211 F.3d 953 (5th Cir. 2000) (Docket Entry No. 38), is DENIED.

Signed at Houston, Texas on February 20, 2013.

_____
Gray H. Miller
United States District Judge